OWSLEY and Another *v.* BARBOUR and Others.

*Saturday,
December 31.*

APPEAL from the *Marion* Circuit Court.

ROACHE, J.—The point involved in this case is the same, and arises on a similar state of facts to that presented in the case of *Owsley* and Others *v. Barbour* and Others, decided at the present term, (1) and for the reasons there given, the judgment of the Court below is affirmed, with 1 per cent. damages and costs.

*S. Major,* for the appellant.

*W. Henderson* and *W. A. McKenzie,* for the appellee.

(1) *Ante,* p. 584.